IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DALE BOERNER, | | |
| Petitioner, | No. 2:12-cv-1868 KJN P | |
| vs. | | |
| KINGS COUNTY SUPERIOR COURT, et al., | | |
| Respondents. | ORDER | |
| _____/ | | |
| ROBERT DALE BOERNER, | | |
| Petitioner, | No. 2:12-cv-1875 KJN P | |
| vs. | | |
| KINGS COUNTY SUPERIOR COURT, | | |
| Respondent. | ORDER | |
| _____/ | | |

Petitioner, a state prisoner proceeding pro se, has filed two nearly identical applications for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction issued by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

////

1

1  Pursuant to Local Rule 120(f), a civil action which has not been commenced in
2  the proper division of a court may, on the court's own motion, be transferred to the proper
3  division of the court. Therefore, this action will be transferred to the Fresno Division of the
4  court. This court will not rule on petitioner's request to proceed in forma pauperis filed in Case
5  No. 2:12-cv-1868.

6  Good cause appearing, IT IS HEREBY ORDERED that:

7  1. This court has not ruled on petitioner's request to proceed in forma pauperis;

8  2. These actions are transferred to the United States District Court for the Eastern
9  District of California sitting in Fresno; and

10  3. All future filings shall reference the new Fresno case numbers assigned and
11  shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

15  DATED: July 19, 2012

    _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

19  boer1868.1875.109